NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**LINKGINE, INC.,**
*Appellant*

**v.**

**VIGLINK, INC., SKIMLINKS, INC., SKIMBIT, LTD.,**
*Appellees*

---

2016-2087, 2016-2088

---

Appeals from the United States Patent and Trademark Office, Patent Trial and Appeal Board in Nos. CBM2014-00184, CBM2014-00185, CBM2015-00086, CBM2015-00087.

---

**JUDGMENT**

---

KIMBERLY L. BOLDT, Boldt Law Firm, PA, Boca Raton, FL, argued for appellant. Also represented by JEFFREY DAVID MUELLER, MARIO R. GIOMMONI; WILLIAM C. HEARON, William C. Hearon, PA, Miami, FL.

RICHARD MARTINELLI, Orrick, Herrington & Sutcliffe LLP, New York, NY, argued for appellees. Also represented by DONALD E. DAYBELL, Irvine, CA. Appellees Skim-

links, Inc., Skimbit, Ltd. also represented by CATRINA WANNING WANG, New York, NY.

NATHAN K. KELLEY, Office of the Solicitor, United States Patent and Trademark Office, Alexandria, VA, for intervenor Michelle K. Lee. Also represented by SCOTT WEIDENFELLER, BENJAMIN T. HICKMAN, KAKOLI CAPRIHAN.

———————————

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (PROST, *Chief Judge,* LOURIE and STOLL, *Circuit Judges*).
                    **AFFIRMED.  *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

|  May 11, 2017  | /s/ Peter R. Marksteiner |
| Date | Peter R. Marksteiner |
|  | Clerk of Court |